UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NIKOLI MARSHALL,

    Plaintiff,

v.                                                                                                        Case No. 15-C-1300

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER

    Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could not afford the filing fee. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request to proceed *in forma pauperis* is **GRANTED.**

    **IT IS ALSO ORDERED that Plaintiff's request for waiver of the service fees of the U.S. Marshal's service is denied as moot as no service by the Marshals' Service is required.**

    **IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

    Dated this   6th   day of November, 2015.

                                                                       s/ William C. Griesbach
                                                                       William C. Griesbach, Chief Judge
                                                                       United States District Court